UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DEAN PATTON,<br>    Petitioner,<br>    v.<br>STIRLING PRICE,<br>    Respondent. | Case No. 22-cv-5336 BLF (PR)<br><br>**ORDER OF TRANSER** |

      Petitioner, who is housed at the Atascadero State Hospital ("ASH") in Atascadero, California, filed a letter which was construed as an attempt to file a civil action. Dkt. No. 1. Because this action was categorized as a mandamus action, Petitioner was directed to file a formal petition. Dkt. No. 2. Petitioner filed a "complaint for a civil case" on October 11, 2022. Dkt. No. 6. Petitioner seeks injunctive relief in the form of a transfer from ASH to another hospital due to alleged threats by ASH staff. *Id*. Accordingly, it appears that Petitioner is seeking to file a civil action pursuant to 42 U.S.C. **§** 1983.

      Because the acts complained of occurred in San Luis Obispo County, which lies within the venue of the Western Division for the Central District of California, *see* 28 U.S.C. § 84(c), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

1    The Clerk shall terminate all pending motions and transfer the entire file to the
2    Western Division for the Central District of California.

4    **IT IS SO ORDERED.**

5    Dated: __October 27, 2022____

                                            BETH LABSON FREEMAN
                                            United States District Judge

Order of Transfer
PRO-SE\BLF\CR.22\05336Patton_transfer (CD)