JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BILLY DEAN PATTON,<br><br>Plaintiff,<br><br>v.<br><br>STIRLING PRICE et al.,<br><br>Defendants. | Case No. CV 22-07858-AB (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this case is dismissed without prejudice for failure to prosecute.

Date: April 19, 2023

_____
ANDRE BIROTTE JR.
United States District Judge